**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rainier International, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3134441** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2415 Comstock Ct.**<br>**Naperville, IL 60564**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Will**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Rainier International, LLC**                                   Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Attachment** | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **Rainier International, LLC**                                    Case number (*if known*) _____
         Name

Debtor   **Rainier International, LLC**                                      Case number (*if known*)
          Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Rainier International, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 8, 2020**
MM / DD / YYYY

**X /s/ Sameh Abadeer**
Signature of authorized representative of debtor

**Sameh Abadeer**
Printed name

Title    **Manager**

**18. Signature of attorney**

**X /s/ Paul M. Bach**
Signature of attorney for debtor

Date    **June 8, 2020**
MM / DD / YYYY

**Paul M. Bach**
Printed name

**Bach Law Offices, Inc.**
Firm name

**P.O. Box 1285**
**Northbrook, IL 60065**
Number, Street, City, State & ZIP Code

Contact phone    **(847) 564-0808**        Email address    **pnbach@bachoffices.com**

**06209530 IL**
Bar number and State

Debtor   **Rainier International, LLC**
_____   Case number (*if known*) _____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS
_____

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **Monaco International, LLC** | | | Relationship to you | **Common Ownership** |
| District | **Northern District of Illinois** | When | **6/09/20** | Case number, if known | |
| Debtor | **Rainier Properties Interntaional, Inc.** | | | Relationship to you | **Common ownership** |
| District | **Northern District of Illinois** | When | **6/09/20** | Case number, if known | **20-12136** |

**Fill in this information to identify the case:**

Debtor name      **Rainier International, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June  8, 2020**              X */s/ Sameh Abadeer*
                                                 Signature of individual signing on behalf of debtor

                                                 **Sameh Abadeer**
                                                 Printed name

                                                 **Manager**
                                                 Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rainier International, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully secured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rennovate, LLC c/o Mike Larson 5012 N. 2nd St Loves Park, IL 61111** | | | | | | **$17,000.00** |
| **US Bank, NA 425 Walnut St Cincinnati, OH 45202** | | **4208 Middlebury Ave, Rockford, IL 61109 16-05-126-002** | | **$146,753.00** | **$126,134.00** | **$20,619.00** |
| **US Bank, NA 425 Walnut St Cincinnati, OH 45202** | | **4204 Middlebury Lane, Rockford, IL 61109 PIN: 16-05-126-001** | | **$146,623.00** | **$135,184.00** | **$11,439.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Rainier International, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **US Bank, NA**
Creditor's Name

**425 Walnut St**
**Cincinnati, OH 45202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/7/2017**

**Last 4 digits of account number**
**0697**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**4204 Middlebury Lane, Rockford, IL 61109**
**PIN: 16-05-126-001**

Describe the lien
**Fee Simple**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$146,623.00 | $135,184.00

---

**2.2** | **US Bank, NA**
Creditor's Name

**425 Walnut St**
**Cincinnati, OH 45202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/7/2017**

**Last 4 digits of account number**
**0707**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**4208 Middlebury Ave, Rockford, IL 61109**
**16-05-126-002**

Describe the lien
**Fee Simple**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$146,753.00 | $126,134.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Rainier International, LLC**
      Name

Case number (*if known*) _____

 

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $293,376.00

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Codilis & Associates, P.C.**<br>**15W030 North Frontage Road**<br>**Suite 100**<br>**Willowbrook, IL 60527** | Line  **2.1** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rainier International, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
|---|---|---|---|

**Rennovate, LLC**
**c/o Mike Larson**
**5012 N. 2nd St**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified about claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 17,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 17,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Rainier International, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **Lease $900.00/month** | |
| State the term remaining     **1 Month** | |
| List the contract number of any government contract     _____ | **Denise Evans**<br>**4208 Middlebury #22-1**<br>**Rockford, IL 61109** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest     **Lease $850.00/Month** | |
| State the term remaining     **39.59 years** | |
| List the contract number of any government contract     _____ | **Ebra Buah**<br>**4204 Middleburt #21-1**<br>**Rockford, IL 61109** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest     **Lease $750.00/Month** | |
| State the term remaining     **39.59 Years** | |
| List the contract number of any government contract     _____ | **Jenny Johnson**<br>**4204 Middlebury #21-4**<br>**Rockford, IL 61109** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest     **Lease $850.00/Month** | |
| State the term remaining     **39.59 Years** | |
| List the contract number of any government contract     _____ | **Kenneth Knox**<br>**4208 Middlebury #22-2**<br>**Rockford, IL 61109** |

| Debtor 1 | **Rainier International, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease $950.00/Month | |
|---|---|---|---|
| | State the term remaining | 1 Month | |
| | List the contract number of any government contract | | Lamedia Exum<br>4208 Middlebury #22-3<br>Rockford, IL 61109 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease $725.00/Month | |
|---|---|---|---|
| | State the term remaining | 39.59 Years | |
| | List the contract number of any government contract | | Latiqa Charles<br>4204 Middlebury #21-3<br>Rockford, IL 61109 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease $725.00/Month | |
|---|---|---|---|
| | State the term remaining | 1 Month | |
| | List the contract number of any government contract | | Terry Dahl<br>4208 Middlebury #22-4<br>Rockford, IL 61109 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease $800.00/Month | |
|---|---|---|---|
| | State the term remaining | 39.59 Years | |
| | List the contract number of any government contract | | Wayne Dipple<br>4204 Middlebury, #21-2<br>Rockford, IL 61109 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Rainier International, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Hanna Abadeer** | **2415 Comstock Ct.** **Naperville, IL 60564** | **US Bank, NA** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Hanna Abadeer** | **2415 Comstock Ct.** **Naperville, IL 60564** | **US Bank, NA** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Hanna Abadeer** | **2415 Comstock Ct.** **Naperville, IL 60564** | **Rennovate, LLC** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Rainier International, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **425.00/hr** |
   | Prior to the filing of this statement I have received | $ | **1,666.67** |
   | Balance Due | $ | **variable** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations within secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 8, 2020**
*Date*

/s/ Paul M. Bach
**Paul M. Bach**
*Signature of Attorney*
**Bach Law Offices, Inc.**
**P.O. Box 1285**
**Northbrook, IL 60065**
**(847) 564-0808   Fax: (847) 564-0985**
**pnbach@bachoffices.com**
*Name of law firm*

Penelope N. Bach

**B**

BACH LAW OFFICES

Paul M. Bach

## Chapter 11 Retainer Agreement

Dated: February 9, 2020

Rainer Properties International, Inc.
Rainer International LLC
Monoco International LLC
2415 Comstock Court
Naperville, Illinois 60564

      Re:    *Chapter 11 Bankruptcy Representation*

Dear Sir/Madam          :

*Bach Law Offices, Inc.* ("We" or the "Firm") is honored that you have selected us to represent
Rainer Properties International, Inc., Rainer International LLC andMonaco International LLC
("Client") as insolvency and bankruptcy counsel. Our objective is to provide high quality legal services to
Rainer Properties International, Inc., Rainer International LLC and Monaco International LLC
at a fair and reasonable cost.

This letter ("Agreement") outlines the basis upon which we will provide legal services to Rainer
Properties International, Inc., Rainer International LLC and Monaco International LLC, and confirms our
understanding with respect to payment of legal fees, costs and expenses incurred with such
representation. We apologize for the formality of this agreement, but we believe that it is important for
you to have a clear understanding of our policies regarding legal fees and costs from the beginning of
our relationship. Moreover, many of the provisions of this letter are required or recommended by the
Illinois State Bar and the Illinois Rules of Professional Responsibility.

**1.**    **Scope of Services; Client Duties**. Rainer Properties International, Inc., Rainer International LLC
and Monaco International LLC are hiring us as attorneys to represent it as bankruptcy counsel in a
Chapter 11 case. We will keep you informed of the progress of the case and will be available to you to
answer any questions you might have. If at any time you determine that Rainer Properties International,
Inc., Rainer International LLC or Monaco International LLC needs to file a Chapter 7 bankruptcy case
instead of the Chapter 11 case, the parties will need to execute a new fee agreement setting forth the
terms of such representation. If you elect to convert the Chapter 11 case to a Chapter 7 case, then we
shall be under no duty to prepare and file the necessary court papers until the new fee agreement has
been signed and the agreed upon fees paid.

**2.**    **Assumptions under this agreement**.

**B**

Penelope N. Bach

BACH LAW OFFICES

Paul M. Bach

a.   You have provided all requested information.
b.   You have provided complete and accurate information.
c.   Your circumstances, especially your current monthly income (as defined by the Bankruptcy Code) does not substantially change prior to the filing of the case.
d.   You will provide all requested documents within 15 days of the date of this Agreement.

**3.     Retainer**. For us to begin our representation, you agree to forward a retainer in the total amount $10,151.00 (Fees of $5,000.00 and $5,151.00 in costs. The total $10,151.00 of the retainer is due prior to the Chapter 11 being filed. This retainer will be deposited in our attorney business account but we may use these funds, up to the full $10,151.00 to pay our fees and costs, subject to Court approval of any fees or costs incurred after your case is filed.

Under the 2007 Illinois Supreme Court case of Dowling v. Chicago Options Assoc., Inc. we are required to make certain disclosures to you about the retainer you would be paying pursuant to the above paragraph. The retainer is called an "Advanced Payment" Retainer. The Advance Payment Retainer means that the payments made by Client to Attorney are present payment to us in exchange for our commitment to provide legal services to you in the future. The fees paid by the Client will be deposited in our business account and not in our trust account. This means that we own the fees immediately upon payment. If our representation of Client ends before the retainer is exhausted, the retainer is subject to refund to you pursuant to the Illinois Rule of Professional Conduct.

Any unused portion of the retainer at the conclusion of our representation will be refunded to Rainer Properties International, Inc., Rainer International LLC, Monaco International LLC or the party who advanced it.

**4.     Legal Fees and Billing Practices**. Professional fees charged reflect a number of factors, including the number of attorney hours incurred, the relative experience of the attorney(s) performing the services, the difficulty of the matter, and the results obtained for the client. Our professional fees are determined by multiplying the actual number of hours incurred by the hourly billing rate. From time to time, our hourly billing rates will change. We will notify you of any changes in the firm's hourly rate structure. Our minimum billing unit is one-tenth of an hour, and services will be recorded and billed in tenths of an hour increments.

We will charge Rainer Properties International, Inc., Rainer International LLC, Monaco International LLC for all activities undertaken in providing legal services to Rainer Properties International, Inc., Rainer International LLC, Monaco International LLC under this Agreement, including but not limited to the following: conferences, including preparation and participation; preparation and review of correspondence, email and other documents; legal research and analysis; court and other appearances, including preparation and participation; and communications, including email, telephone, facsimile, in-person and other communications with you, other attorneys or persons involved with this matter,

2



governmental agencies and any other party or person contact with whom is advisable for our representation. The legal personnel assigned to this matter may confer among themselves about the matter, as required. When they do confer, each will charge for the time expended. If more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for the time spent only if it is necessary in our judgment to have two or more personnel at the meeting, hearing or proceeding. We charge for waiting and portal-to-portal travel time, both local and out of town.

Currently our hourly rates range from $125.00 per hour for paralegals/legal assistants to $425.00 for lawyers. Rainer Properties International, Inc., Rainer International LLC, Monaco International LLC agree to pay our fees and costs based upon our then prevailing hourly rates and charges at the time the services are rendered.

You hereby authorize the secure destruction of your file seven years after it is closed, and agree that we shall have no liability for destroying any records, documents, or exhibits still in our possession at the end of five years. All future work for Rainer Properties International, Inc., Rainer International LLC and Monaco International LLC in other matters will be handled in accordance with this Agreement at our regular hourly rates unless otherwise agreed upon.

**5.     Costs and Other Charges**. We will incur various costs and expenses in the normal course of performing legal services under this Agreement. Costs and expenses commonly include filing and recordation fees, court reporters' fees, computer legal research, messenger and other delivery services, postage, parking and other local travel expenses, telecopying, photocopying and other reproduction costs. You agree to pay transportation, meals, lodging and all other costs of any necessary travel by our personnel. Rainer Properties International, Inc., Rainer International LLC and Monaco International LLC will be charged the hourly rates for the time we spend traveling, both local and out of town.  Rainer Properties International, Inc., Rainer International LLC and Monaco International LLC also agrees to pay for charges such as expert witness fees, title insurance fees, consultant and investigator fees, and the like. Photocopying is currently billed at $0.05 per page, and motor travel at IRS standards. The Chapter 11 filing fee is $1,717.00, which will be paid as part of the initial retainer. The firm reserves the right to require that certain costs, such as travel expenses, expert witness fees and deposition transcripts, be paid in advance directly by the client, or be paid into escrow before such costs are incurred.

**6.     Billing Statements**. Once your case has been filed, we will file a motion in the Bankruptcy Court for approval of our fees for services based on time and expenses up until the date of filing the Motion. We will always send you a copy of this motion with a detailed itemization of all fees and costs incurred and the basis for the fees and costs.

Upon Court approval of these fees, we will send you an itemized statement indicating fees and costs incurred and their basis, any amounts applied from the retainer, and any current balance owed, as well

3

**B**

BACH LAW OFFICES

as any deductions requested by the Court if any. This billing statement will list the professionals who worked on your matter for that billing period with their hourly billing rates.

Should you have any questions concerning any statement, we encourage you to discuss them with us prior to the Court date listed on the Motion for Fees so that we may have an opportunity to resolve any misunderstandings in a mutually agreeable manner.

Any fees or costs due after application of your retainer, as determined by the Court and after approval of a fee application and notice to you, must be paid promptly.

Payment of fees and costs shall be made upon receipt of orders approving fees (or, after confirmation of your plan, upon receipt of invoices therefore), with payment received in our office no later than 5 days after the date of the order or invoice.

**7.      Chapter 11 Filing.** The ultimate fees to be awarded the Firm for its representation of Rainer Properties International, Inc., Rainer International LLC and Monaco International LLC in the Chapter 11 case must be approved by the Bankruptcy Court. Interim applications for compensation and reimbursement of expenses will be filed by the Firm with the Bankruptcy Court to obtain authorization for further payment. Generally, interim applications are made on a quarterly basis, but may be submitted more often. Rainer Properties International, Inc., Rainer International LLC, Monaco International LLC agrees to pay any award of compensation upon the entry of a Court order authorizing such award.

Rainer Properties International, Inc., Rainer International LLC and Monaco International LLC agrees that you shall perform fully and conscientiously all the duties of a Debtor and Debtor-in-Possession under the Bankruptcy Code, and shall timely comply with all reasonable requests for information or reports by the U.S. Trustee, any Creditor's Committee, and the Firm. These duties may include, but are not limited to, gathering and reviewing all of the information necessary for filing a complete and accurate list of all assets, creditors, budget, a schedule of executory contracts and unexpired leases, the Statement of Financial Affairs, and the Statement of Current Income and Expenses. You acknowledge having received a Questionnaire assisting the Firm in completing such documents, and agrees to timely, completely, and accurately complete the Questionnaire.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

4

Some debts, such as student loans, domestic support obligations (alimony, child support arrearages, etc.) and certain taxes, may not be dischargeable in your case. Liens, such as security interests, homeowner's liens and mortgages, may not released upon your confirmation, and you may need to make arrangements for the payment of such debts or surrender the property securing them after the conclusion of your case. Post-petition/pre-foreclosure homeowner's and condominium association charges are not discharged. You have been advised to close or draw down any financial account at an entity to which you owe or may owe money.

You authorize us to obtain information about your assets, credit (including credit reports), taxes, debts, income, expenses and other public and non-public information that may be used to verify and ensure the completeness of the information you provide to us. Such information may not be comprehensive or complete. It is obtained for background information and to aid our verification only. We will prepare your bankruptcy filings based upon information supplied by you. We will rely upon this information as being true, accurate, complete and correct. It is your responsibility to disclose your ownership or interest in and prior ownership or interest in all assets, regardless of value, and all debts and claims, regardless of amount. If a creditor is not listed, the debt to such creditor may not be discharged. If false, incorrect or incomplete information is included, or information is omitted, it can cause you additional effort and expense to remedy the error, may place the bankruptcy itself in jeopardy and could result in civil or criminal liability. It is vitally important that the information included in the bankruptcy schedules be complete and correct to avoid any problems. You will review all documents filed as part of your bankruptcy case, and your signature on those documents signifies that you have read and understood them, and agree with their contents. In cases of joint representation of spouses, communication with one spouse will be deemed communication with both spouses. We may disclose to both spouses any facts disclosed by either spouse.

You must preserve all records and documents related in any way to this matter, including all electronic documents and data.

After your case is filed, unless otherwise instructed by this office, you must pay all taxes incurred after the date of filing (and file all necessary tax returns), maintain any required insurance, file all required monthly reports, pay quarterly U.S. Trustee fees and any adequate protection payments, and make all payments called for under your plan, once confirmed. Failure to do so may result in dismissal or conversion of your bankruptcy or sale of your property.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

5

Penelope N. Bach

**BACH LAW OFFICES**

Paul M. Bach

8.      **Discharge and Withdrawal.** You may discharge us at any time and we may withdraw from your representation after approval by the Court. Reasons for our withdrawal may include, but are not limited to, your breach of this Agreement, your failure to pay our bills as they become due, your refusal to cooperate with us or follow our advice on a material matter, or any fact or circumstance that would render our continuing representation of you unlawful, unethical or impracticable.

Upon cessation of our active involvement in any particular matter, even if we continue to represent you in other matters, we will have no duty to inform you of future developments, deadlines or changes in the law.

9.      **Disclaimer of Guarantee;** Risks. Nothing in this Agreement should be construed as a promise or guarantee about the outcome of any matter that we are handling on your behalf. Our comments about the outcome of matters pertaining to you are expressions of opinion only. There are risks in filing for bankruptcy, including the possible liquidation or loss of property. You also understand that the bankruptcy law is subject to different interpretations and that there are inherent risks in how Courts will apply various provisions. In a Chapter 11 you cannot dismiss your case without prior Court approval, and the case can be converted to Chapter 7 without your approval. Since approval of a Chapter 11 plan requires the consent of creditors, no guarantees or representations are made as to whether such approval will or can be obtained.

10.     **Entire Agreement**. This letter contains all of the terms of the agreement between us applicable to our representation and may not be modified except by a written agreement signed by both of us. There are no promises, terms, conditions or obligations applicable to our representation hereunder, except as expressly set forth in this Agreement, and the terms hereof supersede any previous oral or written agreements between us with respect to our representation hereunder.

11.     **Effective Date.** Please confirm that this letter accurately reflects our agreement, and that you understand and waive any potential conflicts of interest, by signing the duplicate copy of this Agreement and returning it to us along with your retainer amount stated above. The representation covered by this Agreement commences only upon the receipt by this office of such items.

6

Penelope N. Bach

**BACH LAW OFFICES**

Paul M. Bach

If you have any questions concerning the provisions of this Agreement, please do not hesitate to call me. We look forward to the privilege of working with you.

Very truly yours,

Paul M. Bach, Esq.

UNDERSTOOD AND AGREED TO:

Rainer Properties International, Inc.
Rainer International LLC
Monaco International LLC

6/8/20
Date

7

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Rainier International, LLC**                                    Case No.

Debtor(s)                              Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Hana Abadeer**<br>**2415 Comstock Ct.**<br>**Naperville, IL 60564** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June  8, 2020**                              Signature   **/s/ Sameh Abadeer**

**Sameh Abadeer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Rainier International, LLC**                                          Case No.
                                         Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **4**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June  8, 2020**                          **/s/ Sameh Abadeer**
                                                   **Sameh Abadeer/Manager**
                                                   Signer/Title

Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Willowbrook, IL 60527


Hanna Abadeer
2415 Comstock Ct.
Naperville, IL 60564


Rennovate, LLC
c/o Mike Larson
5012 N. 2nd St
Loves Park, IL 61111


US Bank, NA
425 Walnut St
Cincinnati, OH 45202

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Rainier International, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rainier International, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Hana Abadeer
2415 Comstock Ct.
Naperville, IL 60564**

☐ None [*Check if applicable*]

**June  8, 2020**

Date

**/s/ Paul M. Bach**

**Paul M. Bach**

Signature of Attorney or Litigant

Counsel for   **Rainier International, LLC**

**Bach Law Offices, Inc.**

**P.O. Box 1285
Northbrook, IL 60065
(847) 564-0808 Fax:(847) 564-0985
pnbach@bachoffices.com**

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2019**

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , 20 _____

| A S election effective date | TYPE OR PRINT | Name RAINIER INTERNATIONAL LLC | D Employer identification number |
|---|---|---|---|
| 10/31/2017 | | | 82-3134441 |
| B Business activity code number (see instructions) | | Number, street, and room or suite no. If a P.O. box, see instructions. 2415 COMSTOCK CT | E Date incorporated |
| 532289 | | | 10/18/2017 |
| C Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code NAPERVILLE IL 60564 | F Total assets (see instructions) $ 0. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . ▶ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . . . . | 1a | |
| b | Returns and allowances . . . . . . . . . . | 1b | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . | 1c | |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . | 3 | |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) . . . . . . | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . ▶ | 6 | |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) . . . . | 7 | |
| 8 | Salaries and wages (less employment credits) . . . . . . . . | 8 | |
| 9 | Repairs and maintenance . . . . . . . . . . . . . | 9 | |
| 10 | Bad debts . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Rents . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Taxes and licenses . . . . . . . . . . . . . . . | 12 | |
| 13 | Interest (see instructions) . . . . . . . . . . . . . | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | 14 | |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . | 15 | |
| 16 | Advertising . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . | 17 | |
| 18 | Employee benefit programs . . . . . . . . . . . . . | 18 | |
| 19 | Other deductions (attach statement)   See Statement . . . . . | 19 | |
| 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . ▶ | 20 | |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . | 21 | |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) . . | 22a | |
| b | Tax from Schedule D (Form 1120-S) . . . . . . | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) . . . . . | 22c | |
| 23a | 2019 estimated tax payments and 2018 overpayment credited to 2019 . | 23a | |
| b | Tax deposited with Form 7004 . . . . . . . | 23b | 0. |
| c | Credit for federal tax paid on fuels (attach Form 4136) . . | 23c | |
| d | Reserved for future use . . . . . . . . . | 23d | |
| e | Add lines 23a through 23d . . . . . . . . . . . . . | 23e | 0. |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . ▶ ☐ | 24 | |
| 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed . | 25 | 0. |
| 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . | 26 | |
| 27 | Enter amount from line 26: **Credited to 2020 estimated tax** ▶ _____  **Refunded** ▶ | 27 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| ▶ | | ▶ PRESIDENT | May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No |
|---|---|---|---|
| Signature of officer | Date | Title | |

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| SUSANA COYT | | | | P01715144 |
| Firm's name ▶ TAXPERTS ASSOCIATION INC | | | Firm's EIN ▶ 47-5197464 | |
| Firm's address ▶ 600 S Weber Rd Romeoville IL 60446 | | | Phone no. (815)600-6784 | |

For Paperwork Reduction Act Notice, see separate instructions. BAA      REV 04/21/20 PRO      Form **1120-S** (2019)

Form 1120-S (2019)                                                                                                                    Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | **Yes** | **No** |
|---|---|---|---|---|---|---|

**1** Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual
   **c** ☐ Other (specify) ▶ ...............................................................................

**2** See the instructions and enter the:
   **a** Business activity ▶ SERVICE ...................... **b** Product or service ▶ RENTAL ...................

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation .   . | × (No)

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . | × (No)

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . | × (No)

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . | × (No)
   If "Yes," complete lines (i) and (ii) below.
   **(i)**   Total shares of restricted stock . . . . . . . . . ▶ ...................
   **(ii)**  Total shares of non-restricted stock . . . . . . . ▶ ...................

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | × (No)
   If "Yes," complete lines (i) and (ii) below.
   **(i)**   Total shares of stock outstanding at the end of the tax year   ▶ ...................
   **(ii)**  Total shares of stock outstanding if all instruments were executed ▶ ...................

**6** Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . | × (No)

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐
   If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . ▶ $ ...................

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . | × (No)

**10** Does the corporation satisfy one or more of the following? See instructions | × (No)

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.
   If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions? See instructions | × (Yes)

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.
   If "Yes," the corporation is not required to complete Schedules L and M-1.

Form **1120-S** (2019)

Form 1120-S (2019)  Page **3**

| Schedule B | Other Information (see instructions) (continued) | Yes | No |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | × |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . ▶ $ | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | × |
| **14a** | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . | | × |
| **b** | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . | | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . | | × |
| | If "Yes," enter the amount from Form 8996, line 14 . . . . . . . . . . . ▶ $ | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|

| | | | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . | | **1** | |
| | **2** | Net rental real estate income (loss) (attach Form 8825) . . . . . . . | | **2** | –12,145. |
| | **3a** | Other gross rental income (loss) . . . . . . . . . | **3a** | | |
| | **b** | Expenses from other rental activities (attach statement) . . . . | **3b** | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a . . . . . | | **3c** | |
| | **4** | Interest income . . . . . . . . . . . . . . . . . | | **4** | |
| | **5** | Dividends: **a** Ordinary dividends . . . . . . . . . . . | | **5a** | |
| | | **b** Qualified dividends . . . . . . . . | **5b** | | |
| | **6** | Royalties . . . . . . . . . . . . . . . . . . . | | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . | | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . | | **8a** | |
| | **b** | Collectibles (28%) gain (loss) . . . . . . . . . . | **8b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) . . . . . | **8c** | | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . | | **9** | |
| | **10** | Other income (loss) (see instructions)  Type ▶ | | **10** | |
| **Deductions** | **11** | Section 179 deduction (attach Form 4562) . . . . . . . . . | | **11** | |
| | **12a** | Charitable contributions . . . . . . . . . . . . . . | | **12a** | |
| | **b** | Investment interest expense . . . . . . . . . . . . . | | **12b** | |
| | **c** | Section 59(e)(2) expenditures  **(1)** Type ▶ _____  **(2)** Amount ▶ | | **12c(2)** | |
| | **d** | Other deductions (see instructions) . . . . . . Type ▶ | | **12d** | |
| **Credits** | **13a** | Low-income housing credit (section 42(j)(5)) . . . . . . . . | | **13a** | |
| | **b** | Low-income housing credit (other) . . . . . . . . . . . | | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | | **13c** | |
| | **d** | Other rental real estate credits (see instructions)  Type ▶ | | **13d** | |
| | **e** | Other rental credits (see instructions) . . .  Type ▶ | | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478) . . . . . . . . | | **13f** | |
| | **g** | Other credits (see instructions) . . . . .  Type ▶ | | **13g** | |
| **Foreign Transactions** | **14a** | Name of country or U.S. possession ▶ | | | |
| | **b** | Gross income from all sources . . . . . . . . . . . . | | **14b** | |
| | **c** | Gross income sourced at shareholder level . . . . . . . . | | **14c** | |
| | | Foreign gross income sourced at corporate level | | | |
| | **d** | Reserved for future use . . . . . . . . . . . . . | | **14d** | |
| | **e** | Foreign branch category . . . . . . . . . . . . . | | **14e** | |
| | **f** | Passive category . . . . . . . . . . . . . . . | | **14f** | |
| | **g** | General category . . . . . . . . . . . . . . . | | **14g** | |
| | **h** | Other (attach statement) . . . . . . . . . . . . . | | **14h** | |
| | | Deductions allocated and apportioned at shareholder level | | | |
| | **i** | Interest expense . . . . . . . . . . . . . . . | | **14i** | |
| | **j** | Other . . . . . . . . . . . . . . . . . . | | **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | **k** | Reserved for future use . . . . . . . . . . . . . | | **14k** | |
| | **l** | Foreign branch category . . . . . . . . . . . . . | | **14l** | |
| | **m** | Passive category . . . . . . . . . . . . . . . | | **14m** | |
| | **n** | General category . . . . . . . . . . . . . . . | | **14n** | |
| | **o** | Other (attach statement) . . . . . . . . . . . . . | | **14o** | |
| | | Other information | | | |
| | **p** | Total foreign taxes (check one): ☐ Paid  ☐ Accrued . . . . ▶ | | **14p** | |
| | **q** | Reduction in taxes available for credit (attach statement) . . . . | | **14q** | |
| | **r** | Other foreign tax information (attach statement) | | | |

REV 04/21/20 PRO  Form **1120-S** (2019)

Form 1120-S (2019)                                                                                              Page **4**

| Schedule K | | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** | Post-1986 depreciation adjustment | **15a** | 0. |
| | **b** | Adjusted gain or loss | **15b** | |
| | **c** | Depletion (other than oil and gas) | **15c** | |
| | **d** | Oil, gas, and geothermal properties—gross income | **15d** | |
| | **e** | Oil, gas, and geothermal properties—deductions | **15e** | |
| | **f** | Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** | Tax-exempt interest income | **16a** | |
| | **b** | Other tax-exempt income | **16b** | |
| | **c** | Nondeductible expenses | **16c** | |
| | **d** | Distributions (attach statement if required) (see instructions) | **16d** | |
| | **e** | Repayment of loans from shareholders | **16e** | |
| **Other Information** | **17a** | Investment income | **17a** | |
| | **b** | Investment expenses | **17b** | |
| | **c** | Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| **Recon- ciliation** | **18** | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | **18** | -12,145. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash | | | | |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | ( ) | | ( ) | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) | | | | |
| **7** | Loans to shareholders | | | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | | | | |
| **b** | Less accumulated depreciation | ( ) | | ( ) | |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( ) | | ( ) | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | ( ) | | ( ) | |
| **14** | Other assets (attach statement) | | | | |
| **15** | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) | | | | |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | | | |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | | | |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity | | | | |

Form 1120-S (2019)                                                                                 Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books . . . . | | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | **a** | Tax-exempt interest $ | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| **a** | Depreciation $ | | **a** | Depreciation $ | |
| **b** | Travel and entertainment $ | | **7** | Add lines 5 and 6 . . . . . . | |
| | | | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 . . . . | |
| **4** | Add lines 1 through 3 . . . . . | | | | |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year . . . . . | −31,485. | | | |
| **2** | Ordinary income from page 1, line 21 . . . | | | | |
| **3** | Other additions . . . . . . . . . | | | | |
| **4** | Loss from page 1, line 21 . . . . . . . | ( ) | | | |
| **5** | Other reductions NET LOSS FROM RENTAL REAL ESTATE | ( 12,145. ) | | | ( ) |
| **6** | Combine lines 1 through 5 . . . . . . . | −43,630. | | | |
| **7** | Distributions . . . . . . . . . . | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . | −43,630. | | | |

REV 04/21/20 PRO

Form **1120-S** (2019)

Form **8825**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation

► Attach to Form 1065 or Form 1120S.
► Go to *www.irs.gov/Form8825* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| RAINIER INTERNATIONAL LLC | 82-3134441 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property—street, city, state, ZIP code | Type—Enter code 1–8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| **A** | 4204 MIDDLEBURY LANE ROCKFORD, IL 61107 | 1 | 365 | 0 |
| **B** | 4208 MIDDLEBURY LANE Carpentersville, IL 60110 | 1 | 365 | 0 |
| **C** | | | | |
| **D** | | | | |

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| **Rental Real Estate Income** | | | **A** | **B** | **C** | **D** |
| **2** Gross rents | **2** | | 29,960 | 24,483 | | |
| **Rental Real Estate Expenses** | | | | | | |
| **3** Advertising | **3** | | | | | |
| **4** Auto and travel | **4** | | | | | |
| **5** Cleaning and maintenance | **5** | | | | | |
| **6** Commissions | **6** | | | | | |
| **7** Insurance | **7** | | 3,075 | 3,075 | | |
| **8** Legal and other professional fees | **8** | | | | | |
| **9** Interest (see instructions) | **9** | | 9,592 | 10,214 | | |
| **10** Repairs | **10** | | 6,522 | 6,522 | | |
| **11** Taxes | **11** | | 5,794 | 5,794 | | |
| **12** Utilities | **12** | | | | | |
| **13** Wages and salaries | **13** | | | | | |
| **14** Depreciation (see instructions) | **14** | | 8,000 | 8,000 | | |
| **15** Other (list) ► | **15** | | | | | |
| **16** Total expenses for each property. Add lines 3 through 15 | **16** | | 32,983 | 33,605 | | |
| **17** Income or (loss) from each property. Subtract line 16 from line 2 | **17** | | −3,023 | −9,122 | | |

| | | | |
|---|---|---|---|
| **18a** Total gross rents. Add gross rents from line 2, columns A through H | **18a** | 54,443 | |
| **b** Total expenses. Add total expenses from line 16, columns A through H | **18b** ( | 66,588 | ) |
| **19** Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | **19** | | |
| **20a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | **20a** | | |

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed.

| **(1)** Name | **(2)** Employer identification number |
|---|---|
| | |
| | |

| | | | |
|---|---|---|---|
| **21** Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on: | **21** | −12,145 | |

• **Form 1065 or 1120S:** Schedule K, line 2

**For Paperwork Reduction Act Notice, see instructions.**

Form **8825** (Rev. 11-2018)

BAA

REV 04/21/20 PRO

Form 8825 (Rev. 11-2018)                                                                                                    Page **2**

| 1 | Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. | | | |
|---|---|---|---|---|
| | Physical address of each property—street, city, state, ZIP code | Type—Enter code 1–8; see below for list | Fair Rental Days | Personal Use Days |
| **E** | | | | |
| **F** | | | | |
| **G** | | | | |
| **H** | | | | |

| | | | **Properties** | | | |
|---|---|---|---|---|---|---|
| | | | **E** | **F** | **G** | **H** |
| **Rental Real Estate Income** | | | | | | |
| 2 | Gross rents . . . . . . . | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | | |
| 3 | Advertising . . . . . . . | 3 | | | | |
| 4 | Auto and travel . . . . . | 4 | | | | |
| 5 | Cleaning and maintenance . . | 5 | | | | |
| 6 | Commissions . . . . . . | 6 | | | | |
| 7 | Insurance . . . . . . . | 7 | | | | |
| 8 | Legal and other professional fees | 8 | | | | |
| 9 | Interest (see instructions) . . | 9 | | | | |
| 10 | Repairs . . . . . . . . | 10 | | | | |
| 11 | Taxes . . . . . . . . | 11 | | | | |
| 12 | Utilities . . . . . . . . | 12 | | | | |
| 13 | Wages and salaries . . . . | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | | | | |
| 15 | Other (list) ▶ | 15 | | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 . . . | 16 | | | | |
| 17 | Income or (loss) from each property. Subtract line 16 from line 2 . . | 17 | | | | |

**Allowable Codes for Type of Property**
1—Single Family Residence
2—Multi-Family Residence
3—Vacation or Short-Term Rental
4—Commercial
5—Land
6—Royalties
7—Self-Rental
8—Other (include description with the code on Form 8825 or on a separate statement)

REV 04/21/20 PRO                                                        Form **8825** (Rev. 11-2018)

671119

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

20**19**

For calendar year 2019, or tax year

beginning __ / __ / 2019    ending __ / __ / __

□ Final K-1    □ Amended K-1    OMB No. 1545-0123

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

**Shareholder's Share of Income, Deductions, Credits, etc.**    ► See back of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
82-3134441

**B** Corporation's name, address, city, state, and ZIP code
RAINIER INTERNATIONAL LLC

2415 COMSTOCK CT
NAPERVILLE IL 60564

**C** IRS Center where corporation filed return
Kansas City, MO  64999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state, and ZIP code
HANA ABADEER

2415 COMSTOCK CT
NAPERVILLE IL 60564

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . .    100.00000 %

For IRS Use Only

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| 2 | Net rental real estate income (loss) −12,145. | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | V  * | STMT |
| 18 | □ More than one activity for at-risk purposes* | | |
| 19 | □ More than one activity for passive activity purposes* | | |

* See attached statement for additional information.

Schedule K-1 (Form 1120-S) 2019     Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

**2. Net rental real estate income (loss)**   See the Shareholder's Instructions

**3. Other net rental income (loss)**
| | |
|---|---|
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Shareholder's Instructions |

**4. Interest income**   Form 1040 or 1040-SR, line 2b
**5a. Ordinary dividends**   Form 1040 or 1040-SR, line 3b
**5b. Qualified dividends**   Form 1040 or 1040-SR, line 3a
**6. Royalties**   Schedule E, line 4
**7. Net short-term capital gain (loss)**   Schedule D, line 5
**8a. Net long-term capital gain (loss)**   Schedule D, line 12
**8b. Collectibles (28%) gain (loss)**   28% Rate Gain Worksheet, line 4 (Schedule D instructions)

**8c. Unrecaptured section 1250 gain**   See the Shareholder's Instructions
**9. Net section 1231 gain (loss)**   See the Shareholder's Instructions
**10. Other income (loss)**

Code
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Reserved for future use | |
| F | Section 965(a) inclusion | |
| G | Income under subpart F (other than inclusions under sections 951A and 965) | See the Shareholder's Instructions |
| H | Other income (loss) | |

**11. Section 179 deduction**   See the Shareholder's Instructions
**12. Other deductions**
| A | Cash contributions (60%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Section 965(c) deduction | See the Shareholder's Instructions |
| L | Deductions—portfolio (other) | Schedule A, line 16 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | through **R** | Reserved for future use |
| S | Other deductions | See the Shareholder's Instructions |

**13. Credits**
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Shareholder's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

| Code | | Report on |
|---|---|---|
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | See the Shareholder's Instructions |
| P | Other credits | |

**14. Foreign transactions**
| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| D | Reserved for future use | |
|---|---|---|
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

*Deductions allocated and apportioned at shareholder level*
| I | Interest expense | Form 1116, Part I |
|---|---|---|
| J | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| K | Reserved for future use | |
|---|---|---|
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

*Other information*
| P | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 965 information | See the Shareholder's Instructions |
| V | Other foreign transactions | See the Shareholder's Instructions |

**15. Alternative minimum tax (AMT) items**
| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal—gross income | |
| E | Oil, gas, & geothermal—deductions | |
| F | Other AMT items | |

**16. Items affecting shareholder basis**
| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
|---|---|---|
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

**17. Other information**
| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest—completed long-term contracts | See Form 8697 |
| J | Look-back interest—income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | See the Shareholder's Instructions |
| M | through **U** | |
| V | Section 199A information | |
| W | through **Z** | Reserved for future use |
| AA | Excess taxable income | |
| AB | Excess business interest income | See the Shareholder's Instructions |
| AC | Other information | |

RAINIER INTERNATIONAL LLC                                      82-3134441              1

**Additional information from your Schedule K-1:Shareholder's Share of Income, Deductions, Credits, etc. (HANA ABADEER )**

**Schedule K-1:Shareholder's Share of Income, Deductions, Credits, etc. (HANA ABADEER )**

**Form 8825 Rental Inc/Loss Details for Reporting Purposes**          **Continuation Statement**

| Description | Amount |
|---|---:|
| 4204 MIDDLEBURY LANE | |
| PROPERTY TYPE: 1 SINGLE FAMILY RES | -3,023. |
| 4208 MIDDLEBURY | |
| PROPERTY TYPE: 1 SINGLE FAMILY RES | -9,122. |

## Statement A—QBI Pass-through Entity Reporting

Page 1

| Corporation's name: RAINIER INTERNATIONAL LLC | | Corporation's EIN: 82-3134441 | |
|---|---|---|---|
| Shareholder's name: HANA ABADEER | | Shareholder's identifying no: 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 | |

| Shareholder's share of: | 4204 MIDDLEBURY LANE | 4208 MIDDLEBURY | |
|---|---|---|---|
| | ☐ PTP<br>☐ Aggregated<br>☒ SSTB | ☐ PTP<br>☐ Aggregated<br>☒ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

| QBI or qualified PTP items subject to shareholder-specific determinations: | | | |
|---|---|---|---|
| Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . | −3,023. | −9,122. | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Charitable contributions . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . | 220,000. | 220,000. | |
| **Section 199A dividends** . . . . . | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| Shareholder's share of: | | | |
|---|---|---|---|
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

| QBI or qualified PTP items subject to shareholder-specific determinations: | | | |
|---|---|---|---|
| Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Charitable contributions . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . | | | |
| **Section 199A dividends** . . . . . | | | |

REV 04/21/20 PRO

Form **8879-S**

Department of the Treasury
Internal Revenue Service

## IRS *e-file* Signature Authorization for Form 1120-S

▶ ERO must obtain and retain completed Form 8879-S.
▶ Go to *www.irs.gov/Form8879S* for the latest information.

For calendar year 2019, or tax year beginning _____ , 2019, and ending _____ , 20 ___ .

OMB No. 1545-0123

20**19**

| Name of corporation | Employer identification number |
|---|---|
| RAINIER INTERNATIONAL LLC | 82-3134441 |

**Part I**   **Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) . . . . . . . . . | **1** | |
| 2 | Gross profit (Form 1120-S, line 3) . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) . . . . . . . . . . . | **3** | |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) . . . . . . . . . | **4** | −12,145. |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) . . . . . . | **5** | −12,145. |

**Part II**   **Declaration and Signature Authorization of Officer** (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN ⎵⎵⎵⎵⎵ as my signature
ERO firm name   Don't enter all zeros
on the corporation's 2019 electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ _____ Title ▶ PRESIDENT

**Part III**   **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   | 1 | 5 | 8 | 3 | 8 | 0 | 5 | 4 | 7 | 0 | 3 |
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____ Date ▶ _____

### ERO Must Retain This Form — See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see instructions.     Cat. No. 37252K     Form **8879-S** (2019)

BAA                                    REV 04/21/20 PRO

**Form 1120S**          **199A Statement A Summary**          **2019**

QuickZoom to Other Copy  _____                    Page 1

Corporation's Name: <u>RAINIER INTERNATIONAL LLC</u>  Corporation's EIN: <u>82-3134441</u>

| | 4204 MIDDLEBURY LANE | 4208 MIDDLEBURY | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | ☒ SSTB | ☒ SSTB | ☐ SSTB |

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) . . | | | |
| Rental income (loss) . . . . . . | −3,023. | −9,122. | |
| Royalty income (loss) . . . . . . | | | |
| Section 1231 gain (loss) . . . . . | | | |
| Other income (loss) . . . . . . . | | | |
| Section 179 deduction . . . . . | | | |
| Charitable contributions . . . . . | | | |
| Other deductions . . . . . . . . | | | |
| W-2 wages . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . | 220,000. | 220,000. | |

Section 199A dividends . . . .  _____

---

Corporation's Name: _____  Corporation's EIN: _____

| | | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | ☐ SSTB | ☐ SSTB | ☐ SSTB |

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) . . | | | |
| Rental income (loss) . . . . . . | | | |
| Royalty income (loss) . . . . . . | | | |
| Section 1231 gain (loss) . . . . . | | | |
| Other income (loss) . . . . . . . | | | |
| Section 179 deduction . . . . . | | | |
| Charitable contributions . . . . . | | | |
| Other deductions . . . . . . . . | | | |
| W-2 wages . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . | | | |

Section 199A dividends . . . . .

spsw9907.SCR  12/14/19

## 199A Worksheet by Activity                    2019

► Keep for your records

| Corporation's name | Corporation's EIN |
|---|---|
| RAINIER INTERNATIONAL LLC | 82-3134441 |

| Aggregation Code: ____ | Trade or Business: 4204 MIDDLEBURY LANE<br>EIN: 82-3134441<br><br>Check if activity is **NOT** a qualified trade/business . . . . ☐<br>Specified Service Trade or Business? . . . . . . . . . ☒ Yes   ☐ No |
|---|---|

QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---:|---:|
| **1 a** Ordinary business income (loss) . . . . . . . . . . . . . . . **1 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted ordinary business income (loss) . . . . . . . . . . . . . . . . . . . . . . . | **1 c** | | |
| **2 a** Rental income (loss) . . . . . . . . . . . . . . . . . **2 a** | −3,023. | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted rental income (loss) . . . . . . . . . . . . . . . . . . . . . . . | **2 c** | −3,023. | |
| **3 a** Royalty income (loss) . . . . . . . . . . . . . . . . . . . . **3 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted royalty income (loss) . . . . . . . . . . . . . . . . . . . . . . . | **3 c** | | |
| **4 a** Section 1231 gain (loss) . . . . . . . . . . . . . . . . . **4 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . . . | **4 c** | | |
| **5** Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . **5** | | | |
| **6 a** Section 179 deduction . . . . . . . . . . . . . . . . . **6 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted section 179 deduction . . . . . . . . . . . . . . . . . . . . . . . | **6 c** | | |
| **7** Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . **7** | | | |
| **8** Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . **8** | | | |
| **9 a** W-2 wages . . . . . . . . . . . . . . . . . . . . . . **9 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted W-2 Wages | **9 c** | | |
| **10 a** UBIA of qualified property . . . . . . . . . . . . . . . . **10 a** | 220,000. | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . | **10 c** | 220,000. | |

spsw9906.SCR  04/20/20

## 199A Worksheet by Activity            2019

► Keep for your records

| Corporation's name | Corporation's EIN |
|---|---|
| RAINIER INTERNATIONAL LLC | 82-3134441 |

| Aggregation Code: ____ | Trade or Business: 4208 MIDDLEBURY<br>EIN: 82-3134441 |
|---|---|

Check if activity is **NOT** a qualified trade/business . . . . ☐
Specified Service Trade or Business? . . . . . . . . . [X] Yes  ☐ No

QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---:|---:|
| **1 a** Ordinary business income (loss) . . . . . . . . . . . . . . . **1 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted ordinary business income (loss) . . . . . . . . . . . . . . . . . . . . . . | | **1 c** | |
| **2 a** Rental income (loss) . . . . . . . . . . . . . . . . **2 a** | -9,122. | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted rental income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2 c** | -9,122. |
| **3 a** Royalty income (loss) . . . . . . . . . . . . . . . . . . . **3 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted royalty income (loss) . . . . . . . . . . . . . . . . . . . . . . . . | | **3 c** | |
| **4 a** Section 1231 gain (loss) . . . . . . . . . . . . . . . . . **4 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . . . . | | **4 c** | |
| **5** Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5** | | | |
| **6 a** Section 179 deduction . . . . . . . . . . . . . . . . **6 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted section 179 deduction . . . . . . . . . . . . . . . . . . . . . . . . | | **6 c** | |
| **7** Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . **7** | | | |
| **8** Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8** | | | |
| **9 a** W-2 wages . . . . . . . . . . . . . . . . . . . . . **9 a** | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted W-2 Wages | | **9 c** | |
| **10 a** UBIA of qualified property . . . . . . . . . . . . . . . **10 a** | 220,000. | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . . . **b** | | | |
| **c** Adjusted UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . | | **10 c** | 220,000. |

spsw9906.SCR  04/20/20

**RAINIER INTERNATIONAL LLC**                                         **82-3134441**          **1**

# Additional information from your 2019 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**

**Other Deductions**                                              **Continuation Statement**

| Description | Amount |
|---|---|
| LEGAL AND PROFESSIONAL | |
| SUPPLIES | |
| UTILITES | |
| **Total** | |



**Illinois Department of Revenue**

# 2019 Form IL-1120-ST

## Small Business Corporation Replacement Tax Return

Due on or before the 15th day of the 3rd month following the close of the tax year.

If this return is not for calendar year 2019, enter your fiscal tax year here.

Tax year beginning ____ ____ 20____ , ending ____ ____ 20____
month  day  year                 month  day  year

⚠ **WARNING** This form is for tax years ending on or after December 31, 2019, and before December 31, 2020.
For all other situations, see instructions to determine the correct form to use.

Enter the amount you are paying.

$ _____ 0.

## Step 1: Identify your small business corporation

**A** Enter your complete legal business name.

If you have a name change, check this box. ☐

Name:  RAINIER INTERNATIONAL LLC

**B** Enter your mailing address.

Check this box if either of the following apply: ☐
- this is your **first return**, or
- you have an **address change**.

C/O: _____

Mailing address:  2415 COMSTOCK CT

City:  NAPERVILLE   State:  IL   ZIP:  60564

**C** If this is the first or final return, check the applicable box(es).

☐ First return

☐ Final return (Enter the date of termination. ___ ___ _____ )
mm  dd  yyyy

**D** If this is a final return because you sold this business, enter the date sold
(mm dd yyyy) ___ ___ _____ , and the new owner's FEIN.

____ - _____

**E** **Apportionment Formulas.** Check the appropriate box or boxes and see the Apportionment Formula instructions.

☐ Financial organizations        ☐ Transportation companies

☐ Federally regulated exchanges  ☐ Sales companies

**F** Check this box if you attached Form IL-4562. ☐

**G** Check this box if you attached Illinois Schedule M (for businesses). ☐

**H** Check this box if you attached Schedule 80/20. ☐

**I** Check this box if you attached Schedule 1299-A. ☐

**J** Check this box if you attached the Subgroup Schedule. ☐

**K** Check this box if you are a 52/53 week filer. ☐

**L** Enter your federal employer identification number (FEIN).

8 2 - 3 1 3 4 4 4 1

**M** ☐ Check this box if you are a member of a unitary business group, and enter the FEIN of the member who prepared the Schedule UB, Combined Apportionment for Unitary Business Group. **Attach** Schedule UB to this return.

**N** Enter your North American Industry Classification System (NAICS) Code. See instructions.

5 3 2 2 8 9

**O** Enter your Illinois corporate file (charter) number issued by the Secretary of State.

06546838

**P** Enter the city, state, and zip code where your accounting records are kept. (Use the two-letter postal abbreviation, **e.g.**, IL, GA, etc.)

NAPERVILLE, IL 60564
City                 State       ZIP

**Q** If you are making the business income election to treat all nonbusiness income as business income, check this box and enter zero on Lines 36 and 44. ☐

**R** If you have completed the following, check the box and **attach** the federal form(s) to this return.

☐ Federal Form 8886     ☐ Federal Sch. M-3, Part II, Line 10

**S** If you are making a discharge of indebtedness adjustment on Schedule NLD, or Form IL-1120-ST, Line 48, check this box **and** attach federal Form 982.

**T** Check this box if your business activity is protected under Public Law 86-272. ☐

## ▼ Step 2: Figure your ordinary income or loss
(Whole dollars only)

| | | |
|---|---|---|
| 1 Ordinary income or loss, or equivalent from federal Schedule K. | 1 | _____•00 |
| 2 Net income or loss from all rental real estate activities. | 2 | -12,145 •00 |
| 3 Net income or loss from other rental activities. | 3 | _____•00 |
| 4 Portfolio income or loss. | 4 | _____•00 |
| 5 Net IRC Section 1231 gain or loss. | 5 | _____•00 |
| 6 All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1120-S. See instructions. Identify: _____ | 6 | _____•00 |
| 7 Add Lines 1 through 6. This is your ordinary income or loss. | 7 | -12,145 •00 |

## Step 3: Figure your unmodified base income or loss

| | | |
|---|---|---|
| 8 Charitable contributions. | 8 | _____•00 |
| 9 Expense deduction under IRC Section 179. | 9 | _____•00 |
| 10 Interest on investment indebtedness. | 10 | _____•00 |
| 11 All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1120-S. See instructions. Identify: _____ | 11 | _____•00 |
| 12 Add Lines 8 through 11. | 12 | _____•00 |
| 13 Subtract Line 12 from Line 7. This amount is your total unmodified base income or loss. | 13 | -12,145 •00 |

◀ Attach your payment and Form IL-1120-STV here.

REV 02/11/20 PRO   ID: 2BNP     IR     NS     DR_____
IL-1120-ST (R-12/19)

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

## Step 4:  Figure your income or loss

| | | | |
|---|---|---|---|
| 14 | Enter the amount from Line 13. **Unitary filers**, enter the amount from Schedule UB, Step 2, Col E, Line 30. | 14 | −12,145.00 |
| 15 | State, municipal, and other interest income excluded from Line 14. | 15 | .00 |
| 16 | Illinois replacement tax and surcharge deducted in arriving at Line 14. | 16 | .00 |
| 17 | Illinois Special Depreciation addition. **Attach** Form IL-4562. | 17 | .00 |
| 18 | Related-Party Expenses addition. **Attach** Schedule 80/20. | 18 | .00 |
| 19 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. | 19 | .00 |
| 20 | The amount of loss distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 20 | .00 |
| 21 | Other additions. **Attach** Illinois Schedule M (for businesses). | 21 | .00 |
| 22 | Add Lines 14 through 21. This amount is your income or loss. | 22 | −12,145.00 |

## Step 5:  Figure your base income or loss

| | | | |
|---|---|---|---|
| 23 | Interest income from U.S. Treasury or other exempt federal obligations. | 23 | .00 |
| 24 | Share of income distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 24 | .00 |
| 25 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-A. | 25 | .00 |
| 26 | River Edge Redevelopment Zone Interest subtraction. **Attach** Schedule 1299-A. | 26 | .00 |
| 27 | High Impact Business Dividend subtraction. **Attach** Schedule 1299-A. | 27 | .00 |
| 28 | High Impact Business Interest subtraction. **Attach** Schedule 1299-A. | 28 | .00 |
| 29 | Contribution subtraction. **Attach** Schedule 1299-A. | 29 | .00 |
| 30 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | 30 | .00 |
| 31 | Related-Party Expenses subtraction. **Attach** Schedule 80/20. | 31 | .00 |
| 32 | Distributive share of subtractions. **Attach** Schedule(s) K-1-P or K-1-T. | 32 | .00 |
| 33 | Other subtractions. **Attach** Schedule M (for businesses). | 33 | .00 |
| 34 | Total subtractions. Add Lines 23 through 33. | 34 | .00 |
| 35 | **Base income or loss.** Subtract Line 34 from Line 22. | 35 | −12,145.00 |

**STOP**

**A** If the amount on Line 35 is derived inside Illinois only, check this box and enter the amount from Step 5, Line 35 on Step 7, Line 47. You may not complete Step 6. (You must leave Step 6, Lines 36 through 46 blank.) ☒

→ **Note** → If you are a unitary filer, do not check this box. Check the box on Line B and complete Step 6.

**B** If any portion of the amount on Line 35 is derived outside Illinois, or you are a unitary filer, check this box and complete **all lines** of Step 6. (Do not leave Lines 40 through 42 blank.) See instructions. ☐

## Step 6:  Figure your income allocable to Illinois   (Complete only if you checked the box on Line B, above.)

| | | | |
|---|---|---|---|
| 36 | Nonbusiness income or loss. **Attach** Schedule NB. | 36 | .00 |
| 37 | Business income or loss included in Line 35 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 37 | .00 |
| 38 | Add Lines 36 and 37. | 38 | .00 |
| 39 | Business income or loss. Subtract Line 38 from Line 35. | 39 | .00 |
| 40 | Total sales everywhere. This amount cannot be negative. | 40 | |
| 41 | Total sales inside Illinois. This amount cannot be negative. | 41 | |
| 42 | Apportionment factor. Divide Line 41 by Line 40. Round to six decimal places. | 42 | . |
| 43 | Business income or loss apportionable to Illinois. Multiply Line 39 by Line 42. | 43 | .00 |
| 44 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | 44 | .00 |
| 45 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 45 | .00 |
| 46 | **Base income or loss allocable to Illinois.** Add Lines 43 through 45. | 46 | .00 |

## Step 7: Figure your net income

| | | | |
|---|---|---|---|
| 47 | Base income or net loss from Step 5, Line 35, or Step 6, Line 46. | 47 | −12,145.00 |
| 48 | Discharge of indebtedness adjustment. **Attach** federal Form 982. See instructions. | 48 | 0.00 |
| 49 | Adjusted base income or net loss. Add Lines 47 and 48. | 49 | −12,145.00 |
| 50 | Illinois net loss deduction. **Attach** Schedule NLD. If Line 49 is zero or a negative amount, enter zero. | 50 | 0.00 |
| 51 | **Net income**. Subtract Line 50 from Line 49. | 51 | −12,145.00 |

## Step 8: Figure your net replacement tax, surcharge, and pass-through withholding you owe

| | | | |
|---|---|---|---|
| 52 | Replacement tax. Multiply Line 51 by 1.5% (.015). | 52 | 0.00 |
| 53 | Recapture of investment credits. **Attach** Schedule 4255. | 53 | .00 |
| 54 | Replacement tax before investment credits. Add Lines 52 and 53. | 54 | 0.00 |
| 55 | Investment credits. **Attach** Form IL-477. | 55 | .00 |
| 56 | **Net replacement tax.** Subtract Line 55 from Line 54. If the amount is negative, enter zero. | 56 | 0.00 |
| 57 | Compassionate Use of Medical Cannabis Program Act surcharge. See instructions. | 57 | .00 |
| 58 | Sale of assets by gaming licensee surcharge. See instructions. | 58 | .00 |
| 59 | Pass-through withholding on behalf of your members. Enter the amount from Schedule B, Section A, Line 9. See instructions. **Attach** Schedule B. | 59 | .00 |
| 60 | **Total net replacement tax, surcharges, and pass-through withholding you owe.** Add Lines 56, 57, 58, and 59. | 60 | 0.00 |

## Step 9: Figure your refund or balance due

| | | | |
|---|---|---|---|
| 61 | Payments. See instructions. | | |
| a | Credits from previous overpayments. | 61a | .00 |
| b | Total payments made before the date this return is filed. | 61b | .00 |
| c | Pass-through withholding reported to you on Schedule(s) K-1-P or K-1-T. **Attach** Schedule(s) K-1-P or K-1-T. | 61c | .00 |
| d | Illinois gambling withholding. **Attach** Form(s) W-2G. | 61d | .00 |
| 62 | Total payments. Add Lines 61a through 61d. | 62 | .00 |
| 63 | Overpayment. If Line 62 is greater than Line 60, subtract Line 60 from Line 62. | 63 | .00 |
| 64 | Amount to be **credited forward.** See instructions. | ◆ 64 | .00 ◆ |
| 65 | **Refund.** Subtract Line 64 from Line 63. This is the amount to be refunded. | 65 | .00 |

| 66 | Complete to direct deposit your refund |
|---|---|
| | Routing Number ☐☐☐☐☐☐☐☐☐   ☐ Checking or ☐ Savings |
| | Account Number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |

| | | | |
|---|---|---|---|
| 67 | **Tax Due.** If Line 60 is greater than Line 62, subtract Line 62 from Line 60. This is the amount you owe. | 67 | 0.00 |

▶ If you owe tax on Line 67, complete a payment voucher, Form IL-1120-ST-V. Write your FEIN, tax year ending, and "IL-1120-ST-V" on your check or money order and make it payable to "Illinois Department of Revenue." Attach your voucher and payment to the first page of this form.

*Special Note →* **Enter the amount of your payment on the top of Page 1 in the space provided.**

## Step 10: Sign below - Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Sign Here | | 04 16 2020 | PRESIDENT | (630) 440-4777 | ☐ Check if the Department may discuss this return with the paid preparer shown in this step. |
|---|---|---|---|---|---|
| | Signature of authorized officer | Date (mm/dd/yyyy) | Title | Phone | |

| Paid Preparer Use Only | Print/Type paid preparer's name | SUSANA COYT | Paid preparer's signature | | Date (mm/dd/yyyy) | ☐ Check if self-employed | P01715144 Paid Preparer's PTIN |
|---|---|---|---|---|---|---|---|
| | Firm's name ▶ | TAXPERTS ASSOCIATION INC | | | | Firm's FEIN ▶ | 475197464 |
| | Firm's address ▶ | 600 S Weber Rd, Romeoville, IL 60446 | | | | Firm's phone ▶ | (815) 600-6784 |

▶ If a payment is **not** enclosed, mail this return to:
**Illinois Department of Revenue**
P.O. Box 19032
Springfield, IL 62794-9032

▶ If a payment is enclosed, mail this return to:
**Illinois Department of Revenue**
P.O. Box 19053
Springfield, IL 62794-9053



**Illinois Department of Revenue**

# 2019 Schedule B

**Partners' or Shareholders' Information**

Attach to your Form IL-1065 or Form IL-1120-ST.

Year ending

__12__　__2019__
Month　Year

**IL Attachment No. 1**

RAINIER INTERNATIONAL LLC

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

8　2 - 3　1　3　4　4　4　1

Enter your federal employer identification number (FEIN).

 **Read this information first**

- You must read the Schedule B instructions and complete Schedule(s) K-1-P and Schedule(s) K-1-P(3) before completing this schedule.

- You must complete Section B of Schedule B and provide all the required information for your partners or shareholders before completing Section A of Schedule B.

⟹Note→ Failure to follow these instructions may delay the processing of your return or result in you receiving further correspondence from the Department. You may also be required to submit further information to support your filing.

## Section A:　Total members' information (from Schedule(s) K-1-P and Schedule B, Section B)

 Before completing this section you must first complete Schedule(s) K-1-P, Schedule(s) K-1-P(3) and Schedule B, Section B. You will use the amounts from those schedules when completing this section.

### Totals for resident and nonresident partners or shareholders (from Schedule(s) K-1-P and Schedule B, Section B)

1　Enter the total of all nonbusiness income or loss you reported on Schedule(s) K-1-P for your members. See instructions.　**1**　_____

2　Enter the total of all income and replacement tax credits you reported on Schedule(s) K-1-P for your members. See instructions.　**2**　_____

3　Add the amounts shown on Schedule B, Section B, Column E for all partners or shareholders on all pages for which you have entered a check mark in Column D. Enter the total here. See instructions.　**3**　_____

### Totals for nonresident partners or shareholders only (from Schedule B, Section B)

4　Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident individual members. See instructions.　**4**　_____

5　Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident estate members. See instructions.　**5**　_____

6　Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your partnership and S corporation members. See instructions.　**6**　_____

7　Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident trust members. See instructions.　**7**　_____

8　Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your C corporation members. See instructions.　**8**　_____

9　Add Line 4 through Line 8. This is the total pass-through withholding you owe on behalf of all your nonresident partners or shareholders. This amount should match the total amount from Schedule B, Section B, Column J for all nonresident partners or shareholders on all pages. Enter the total here **and** on Form IL-1065 (Form IL-1065-X), Line 60, or Form IL-1120-ST (Form IL-1120-ST-X), Line 59. See instructions.　**9**　_____

▶ **Attach all pages of Schedule B, Section B behind this page.**

This form is authorized as outlined in the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

　REV 02/11/20 PRO　Schedule B Front (R-12/19)

**Illinois Department of Revenue**
# 2019 Schedule B

RAINIER INTERNATIONAL LLC

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

8 2 - 3 1 3 4 4 4 1

Enter your federal employer identification number (FEIN).

## Section B:    Members' information (See instructions before completing.)

| | A<br>Name and Address | B<br>Partner or Shareholder type | C<br>SSN or FEIN | D<br>Subject to Illinois replacement tax or an ESOP | E<br>Member's distributable amount of base income or loss | F<br>Excluded from pass-through withholding | G<br>Share of Illinois income subject to pass-through withholding | H<br>Pass-through withholding before credits | I<br>Distributable share of credits | J<br>Pass-through withholding amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *(If Column F is blank, complete Column G through Column J. Otherwise, enter zero in Column G through Column J.)* | | | |
| **1** Name HANA ABADEER<br>C/O<br>Addr. 1 2415 COMSTOCK CT<br>Addr. 2<br>City NAPERVILLE, IL 60564 | | I | 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 | ☐ | −12,145 | R | 0 | 0 | 0 | 0 |
| **2** Name<br>C/O<br>Addr. 1<br>Addr. 2<br>City    State    ZIP | | | | ☐ | | | | | | |
| **3** Name<br>C/O<br>Addr. 1<br>Addr. 2<br>City    State    ZIP | | | | ☐ | | | | | | |
| **4** Name<br>C/O<br>Addr. 1<br>Addr. 2<br>City    State    ZIP | | | | ☐ | | | | | | |
| **5** Name<br>C/O<br>Addr. 1<br>Addr. 2<br>City    State    ZIP | | | | ☐ | | | | | | |

→*Note*→ If you have more members than space provided, attach additional copies of this page as necessary.